**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS PENSION FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS  HEALTH AND )
WELFARE FUND, TRUSTEES OF THE )
CHICAGO PAINTERS AND DECORATORS )
DEFERRED SAVINGS FUND, TRUSTEES OF )
THE CHICAGO PAINTERS AND )
DECORATORS APPRENTICESHIP FUND, )
TRUSTEES OF THE CHICAGO PAINTERS )
AND DECORATORS  SCHOLARSHIP FUND, )
AND TRUSTEES OF THE CHICAGO )
PAINTERS AND DECORATORS  JOINT )
COOPERATION TRUST FUND, )
 )
               Plaintiffs, )    No. 14 C 2610
 )
 )    Judge Dow, Jr.
 )
     v. )    Magistrate Judge Cox
 )
ALCA, INC., an Illinois Corporation )
 )
               Defendant. )

**PLAINTIFFS' MOTION**
**FOR  JUDGMENT  IN  A SUM  CERTAIN**

Plaintiffs,  by and  through their attorneys, DONALD  D. SCHWARTZ,  JAMES  R. ANDERSON,  GRANT R. PIECHOCINSKI,  and  ARNOLD AND  KADJAN, pursuant to Federal  Rule  of Civil Procedure 55, move this Court to enter judgment  in  a sum certain in favor  of  the Plaintiffs  and against the Defendant , Alca, Inc., an Illinois corporation.  In support of their  Motion,  the Plaintiffs state  as follows:

1.  The  Defendant was defaulted  by order  of  this  Court dated June 30, 2015 which required  him  to produce  books  and  records  for  a  fringe benefit fund  contribution

compliance audit for the period from January 1, 2013 through the present.

2. According to the Affidavit of Richard Wolf, which is attached hereto as Exhibit 1, Defendant Alca, Inc. was audited for the period from January 1, 2013 through June 30, 2015. According to Mr. Wolf's affidavit, Alca, Inc. owes **$10,068.99**, to the Plaintiffs, consisting of $4,537.73 in contributions, $680.65 for liquidated damages, $902.50 for audit costs, and $3,948.11 for prior unpaid liquidated damages. This amount does not include any attorneys' fees or costs.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. Enter final judgment in favor of Plaintiffs and against the Defendant Alca, Inc. in the amount of $10,068.99. (A proposed judgment order is attached as Exhibit 2, and is being sent via the Court's email system).

Respectfully submitted,

s/s    James R. Anderson
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415